# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 6 WAL 2022

        Respondent :

:

: Petition for Allowance of Appeal

: from the Order of the Superior Court

        v. :

:

:

BRANDON LEE HUMPHREY, :

:

        Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 7 WAL 2022

:

        Respondent :

:

: Petition for Allowance of Appeal

: from the Order of the Superior Court

        v. :

:

:

BRANDON HUMPHREY, :

:

        Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 8 WAL 2022

:

        Respondent :

:

: Petition for Allowance of Appeal

: from the Order of the Superior Court

        v. :

:

:

BRANDON HUMPHREY, :

:

        Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 9 WAL 2022

:

        Petitioner :

:

: Petition for Allowance of Appeal

: from the Order of the Superior Court

        v. :

BRANDON HUMPHREY,

        Respondent

COMMONWEALTH OF PENNSYLVANIA,   :  No. 10 WAL 2022

        Respondent

                               :  Petition for Allowance of Appeal
                               from the Order of the Superior Court

        v.

BRANDON HUMPHREY,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 11 WAL 2022

        Respondent

                               :  Petition for Allowance of Appeal
                               from the Order of the Superior Court

        v.

BRANDON LEE HUMPHREY,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 12 WAL 2022

        Respondent

                               :  Petition for Allowance of Appeal
                               from the Order of the Superior Court

        v.

BRANDON HUMPHREY,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 13 WAL 2022

        Respondent

|  | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
|  | : | |
|  | : | |
| BRANDON LEE HUMPHREY, | : | |
|  | : | |
| Petitioner | : | |

COMMONWEALTH OF PENNSYLVANIA,     :   No. 14 WAL 2022

    Respondent

    :   Petition for Allowance of Appeal
    :   from the Order of the Superior Court

    v.

BRANDON HUMPHREY,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :   No. 15 WAL 2022

    Respondent

    :   Petition for Allowance of Appeal
    :   from the Order of the Superior Court

    v.

BRANDON HUMPHREY,

    Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.

[6 WAL 2022, 7 WAL 2022, 8 WAL 2022, 9 WAL 2022, 10 WAL 2022, 11 WAL 2022, 12 WAL 2022, 13 WAL 2022, 14 WAL 2022 and 15 WAL 2022] - 3